quinn emanuel trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700

July 20, 2017

Peter R. Marksteiner
Circuit Executive and Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Pl., N.W.
Washington, D.C. 20439

Re:   *Waymo LLC v. Uber Technologies, Inc.*, Nos. 17-2235, 17-2253

Dear Mr. Marksteiner:

Pursuant to FRAP 28(j), Appellee Waymo LLC respectfully submits this response to the July 19, 2017 letter of Appellant Anthony Levandowski. The letter concerns a district court order (Dkt. 949) rejecting Waymo's objections to the magistrate judge's ruling that there was a common interest as of April 11, 2016.

Levandowski suggests that the district court's rejection of a common interest before April 11 and acceptance of it after April 11 are "inconsistent" because "the nature of Stroz's ongoing work was the same before and after the indemnification agreement was formalized." However, the nature of the work does not determine the existence of a privilege. Rather, the question is whether there is a "common interest" and whether the parties "make the communication in pursuit of a joint strategy." *In re Pac. Pictures Corp.*, 679 F.3d 1121, 1129 (9th Cir. 2012). As Waymo has explained (Br. 34 n.6, 38), even assuming there were a common interest on April 11, it is not inconsistent—and certainly not clearly erroneous—to find that there was no such interest and the Stroz investigation furthered no such interest prior to the existence of the Put Call agreement, which created the indemnification obligation.

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH

In addition, as Waymo has noted (Br. 37-38) and Levandowski fails to inform the Court, this argument has been waived. Not only did Levandowski fail to make the "April 11" argument below, but the district court twice held it waived when Uber attempted to raise it belatedly. Appx11 ("Uber contends that … any work-product privilege it had over the due diligence report remained intact after the signing of the Put Call Agreement on April 11, 2016 …. Uber did not properly raise this argument before Judge Corley in the first instance and cannot now rely on it …."); Appx51 ("In opposing Waymo's motion to compel production of the Stroz Report, Uber … ignored all together the Put Call Agreement. … It is too late for it to now make a new argument that it at least had a common legal interest by the time of the signing of the Put Call Agreement ….").

Respectfully submitted,

/s/ Charles K. Verhoeven

Charles K. Verhoeven

# **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Rule 28(j) letter with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system and served a copy on counsel of record, this 20th day of July, 2017, by the CM/ECF system and by electronic mail to the parties on the service list below.

| | |
|---|---|
| Miles Ehrlich | Arturo J. Gonzalez |
| Ismail Ramsey | Matthew Ian Kreeger |
| Amy Craig | Daniel Pierre Muino |
| RAMSEY & EHRLICH LLP | Eric Akira Tate |
| 803 Hearst Avenue | Esther Kim Chang |
| Berkeley, CA 94710 | Michael A. Jacobs |
| Tel: (510) 548-3600 | MORRISON & FOERSTER LLP |
| miles@ramsey-ehrlich.com | 425 Market Street |
| izzy@ramsey-ehrlich.com | San Francisco, CA 94105 |
| amy@ramsey-ehrlich.com | Phone: (415) 268-7000 |
| | agonzalez@mofo.com |
| *Counsel for Intervenor* | mkreeger@mofo.com |
| *Anthony Levandowski* | dmuino@mofo.com |
| | etate@mofo.com |
| | echang@mofo.com |
| | mjacobs@mofo.com |
| | |
| | *Attorneys for Uber Technologies, Inc., and Ottomotto LLC* |

Hamish Hume
Jessica E Phillips
Kyle Smith
BOIES SCHILLER AND FLEXNER LLP
1401 New York Ave., NW
Washington, DC 20005
Phone: (202) 237–2727
hhume@bsfllp.com
jphillips@bsfllp.com
ksmith@bsfllp.com

*Attorneys for Uber Technologies, Inc., and Ottomotto LLC*

Karen Leah Dunn
Martha Lea Goodman
BOIES, SCHILLER AND FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
Phone: (202) 237–2727
kdunn@bsfllp.com
mgoodman@bsfllp.com

*Attorneys for Uber Technologies, Inc., and Ottomotto LLC*

Meredith Richardson Dearborn
BOIES SCHILLER FLEXNER LLP
435 Tasso Street, Suite 205
Palo Alto, CA 94301
Phone: (650) 445–6400
mdearborn@bsfllp.com

*Attorneys for Uber Technologies, Inc., and Ottomotto LLC*

Rudolph Kim
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 813–5869
rudykim@mofo.com

*Attorneys for Uber Technologies, Inc., and Ottomotto LLC*

Michelle Ching Youn Yang
MORRISON FOERSTER LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Phone: (202) 887–1537
myang@mofo.com

*Attorneys for Uber Technologies, Inc., and Ottomotto LLC*

Wendy Joy Ray
MORRISON & FOERSTER LLP
707 Wilshire Boulevard Suite 6000
Los Angeles, CA 90017
Phone: (213) 892-5200
wray@mofo.com

*Attorneys for Uber Technologies, Inc., and Ottomotto LLC*

| | |
|---|---|
| Michael Darron Jay<br>BOIES SCHILLER & FLEXNER LLP<br>401 Wilshire Boulevard, Suite 850<br>Santa Monica, CA 90401<br>Phone: (310) 752–2400<br>mjay@bsfllp.com<br><br>*Attorneys for Uber Technologies, Inc., and Ottomotto LLC* | David Shane Brun<br>Brett Michael Schuman<br>Hayes Phillips Hyde<br>Rachel Melissa Walsh<br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>24th Floor<br>San Francisco, CA 94111<br>sbrun@goodwinlaw.com<br>bschuman@goodwinlaw.com<br>hhyde@goodwinlaw.com<br>RWalsh@goodwinlaw.com<br><br>*Attorneys for Otto Trucking LLC* |
| John Lee Cooper<br>FARELLA BRAUN + MARTEL LLP<br>235 Montgomery Street, Suite 1700<br>San Francisco, CA 94104<br>jcooper@fbm.com<br><br>*Special Master* | Indra Neel Chatterjee<br>GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br>NChatterjee@goodwinlaw.com<br><br>*Attorneys for Otto Trucking LLC* |
| Dated:  July 20, 2017<br><br>David M. Cooper<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>(212) 849-7000 | <u>/s/ Charles K. Verhoeven</u><br><br>Charles K. Verhoeven<br>David A. Perlson<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788<br>(415) 875-6600 |

5